No. 24-14058-JJ

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

**UNITED STATES OF AMERICA,**
*Plaintiff/appellee,*

v.

**MAXON ALSENAT,**
*Defendant/appellant.*

---

On Appeal from the United States District Court
for the Southern District of Florida

---

**UNOPPOSED FIRST MOTION FOR 60-DAY EXTENSION
OF TIME TO FILE INITIAL BRIEF BY APPELLANT
MAXON ALSENAT**

---

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER
EBONI BLENMAN
 ASS'T FEDERAL PUBLIC DEFENDER
 Counsel for Appellant
 150 West Flagler St., Ste. 1700
 Miami, FL 33130
 (305) 530-7000

**THIS CASE IS ENTITLED TO PREFERENCE
(CRIMINAL CASE)**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT
# U.S. V. MAXON ALSENAT
# CASE No. 24-14058-JJ

Appellant, Maxon Alsenat files this Certificate of Interested Persons and Corporate Disclosure Statement, as required by 11th Cir. R. 26.1.

Alsenat, Maxon, Defendant

Augustin-Birch, Panayotta D., U.S. Magistrate Judge

Blenman, Eboni, Assistant Federal Public Defender

Brown, Bruce, Assistant United States Attorney

Caruso, Michael, Former Federal Public Defender

**Davis, Michael S, Assistant United States Attorney**

Day, Timothy, Assistant Federal Public Defender

Diaz Espinosa, Stefan Rafael, Assistant United States Attorney

Dopico, Hector, A., Federal Public Defender

Gayles, Darrin P., United States District Judge

Klco, Sara Michele, Assistant United States Attorney

Lapointe, Markenzy, Former United States Attorney

Leibowitz, David S., United States District Judge

Matzkin, Daniel, Chief, Appellate Division, Assistant United States Attorney

Moore, Robert, Assistant United States Attorney

**O'Byrne, Hayden P., United States Attorney**

Strauss, Jared M., United States Magistrate Judge

United States of America, Plaintiff/Appellee

Valle, Alicia O., United States Magistrate Judge


*/s/Eboni Blenman*
Eboni Blenman
Assistant Federal Public Defender
150 W. Flagler St., Suite 1700
Miami, FL  33130
(305) 533-4285
eboni_blenman@fd.org

# UNOPPOSED FIRST MOTION FOR 60-DAY EXTENSION OF TIME TO FILE INITIAL BRIEF BY APPELLANT MAXON ALSENAT

Appellant, Maxon Alsenat, through undersigned counsel, respectfully moves pursuant to Fed. R. App. P. 26(b) and 11th Cir. R. 31-2 for a 60-day extension of time within which to file his initial brief. In support of this request, Mr. Alsenat states:

1. Mr. Alsenat's initial brief is due to be filed on April 28, 2025.

2. Mr. Alsenat respectfully requests a 60-day extension within which to file his initial brief due to counsel's workload associated with several matters which are presently scheduled and expected to proceed to trial in the next 30 days. These include the cases of *United States v. Tiron Alexander*, 24-CR-20466-Becerra and *United States v. Clieve Lake*, 24-CR-20451-Scola.

3. Separately, counsel has a reply brief due to be filed on May 6, 2025 in *United States v. Jay Hass*, 24-12815-GG.

4. Mr. Alsenat has not previously requested any extension of time in connection with this appeal.

5. Mr. Alsenat will not be prejudiced by the requested extension.

Undersigned counsel seeks the additional time to fully and competently present the issues in his case.

**6.**　Counsel has contacted Assistant United States Attorney Laura Rivero who does not oppose the relief requested in this motion.

## CONCLUSION

Mr. Maxon Alsenat respectfully requests that the Court grant a 60-day extension of time to file his initial brief, making it due by June 27, 2025.

Respectfully submitted,

HECTOR A. DOPICO
　FEDERAL PUBLIC DEFENDER

*/s/ Eboni Blenman*
EBONI BLENMAN
　ASS'T FEDERAL PUBLIC DEFENDER
　Counsel for Appellant
　150 West Flagler St., Ste. 1700
　Miami, FL 33130
　(305) 530-7000

2

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 239 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f). I certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in New Century Schoolbook 14-point font.

*/s/ Eboni Blenman*

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of April 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day via CM/ECF on Daniel Matzkin, Chief Appellate Division, Assistant United States Attorney, 99 NE 4th Street #500, Miami FL 33132.

*/s/Eboni Blenman*