In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-14058
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

MAXON ALSENAT,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:23-cr-60209-DSL-1
_____

ORDER:

Attorney Justin Silverberg has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney Justin Silverberg is GRANTED leave to appear in this appeal.

2                          Order of the Court                          24-14058


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION